JESSE NAIMAN (WY Bar # 7-5516)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
jesse.naiman@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 NOV -4 AM 10: 57
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**$43,110.35 U.S. CURRENCY,**<br><br>**Defendant Property.** | ) | **Case No.** 26-CV-338 |

**UNITED STATES OF AMERICA'S MOTION FOR WARRANT OF ARREST *IN REM***

The United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jesse Naiman, moves the Court for an Order directing the Clerk of Court to issue a Warrant of Arrest *in Rem* for the Defendant Property listed in the caption above. In support of its motion, the United States submits the following:

The Defendant Property consists of $43,110.35 U.S. Currency in account number XXXXXX6079 at the Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180-4907.

1. Law enforcement officers determined that there was probable cause to believe that the Defendant Property is: (1) proceeds obtained by executing a scheme by false and fraudulent pretenses and representations, resulting in Bank Fraud in violation of the 18 U.S.C. § 1344.

2. The Defendant Property is therefore subject to civil forfeiture to the United States pursuant to 18 USC § 981(a)(1)(C).

3. The United States has filed a Verified Complaint for Forfeiture *in Rem*, which establishes the legal and factual basis supporting the forfeiture of the Defendant Property. (Doc. 1). In that complaint, the United States asserts the Defendant Property has not been seized and is not in federal custody. (*Id.* at ¶ 5).

4. Because the Defendant Property is not in the government's possession, custody, or control, pursuant to Fed. R. Civ. P. Supp. R. G(3)(b)(ii), the Clerk of Court must issue a Warrant of Arrest *in Rem*.

5. As required by Fed. R. Civ. P. Supp. R. G(2)(f), the facts set forth in the Verified Complaint supports a reasonable belief that the government will be able to meet its burden of proof at trial; specifically, that the United States will be able to show by a preponderance of the evidence that the Defendant Property constitutes property subject to forfeiture.

WHEREFORE, the United States respectfully requests that this Court enter an Order directing the Clerk to issue the Warrant of Arrest *in Rem* for the Defendant Property and to deliver the original warrant to the undersigned Assistant United States Attorney, who will arrange for service of process pursuant to law.

DATED this 4th day of November 2026.

DARIN D. SMITH
United States Attorney

By: ______________________________
JESSE NAIMAN
Assistant United States Attorney