**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** 26-CV-338 |
| | ) | |
| **$43,110.35 U.S. CURRENCY,** | ) | |
| | ) | |
| **Defendant Property.** | ) | |

---

## ORDER FOR ISSUANCE OF WARRANT OF ARREST *IN REM*

---

THIS MATTER having come before the Court on the United States of America's Motion for Warrant of Arrest *in Rem* for the following asset:

$43,110.35 U.S. Currency in account number XXXXXX6079 at the Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180-4907.

The above asset has not been seized by law enforcement and is on hold pending legal authority for any transaction to occur. (collectively referred to as the "Defendant Property").

The Court finds that the above listed property is hereby ORDERED that the Motion for Warrant of Arrest *in Rem* for the Defendant Property is granted.

It is FURTHER ORDERED that, pursuant to Fed. R. Civ. P. Supp. R. G(3)(b)(ii), the Clerk is directed to issue a Warrant of Arrest *in Rem* for the Defendant Property in the above-styled action.

It is FURTHER ORDERED that this warrant, once issued, is to be delivered to Assistant United States Attorney Jesse Naiman for service of process in accordance with the law.

DATED this __th day of November 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE