IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** 26-CV-338 |
| | ) | |
| **$43,110.35 U.S. CURRENCY,** | ) | |
| | ) | |
| **Defendant Property.** | ) | |

---

## WARRANT OF ARREST *IN REM*

---

TO: UNITED STATES PARCEL INSPECTOR AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

PURSUANT to the Order for Issuance of Warrant of Arrest *in Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following Defendant Property described in the *Verified Complaint for Forfeiture in Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

$43,110.35 U.S. Currency in account number XXXXXX6079 at the Navy Federal Credit Union, 820 Follin Lane SE, Vienna, VA 22180-4907.

DATED this ___th day of November 2026.

MARGARET BOTKINS
Clerk of the U.S. District Court

By: ______________________________
DEPUTY CLERK